UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

# MOTION INFORMATION STATEMENT

**Docket Number(s):** 26-1997

Caption [use short title]: Aura Moody v. United States Equal Employment Opportunity Commission, et al

**Motion for:** an extension of time to file Appellant's Brief

Set forth below precise, complete statement of relief sought:

I am respectfully requesting a 45 day extension of time to file Appellant's Brief. I am taking care of important family matters, and I will be out of ~~town~~ for some days.

**MOVING PARTY:** Aura Moody **OPPOSING PARTY:**

[X] Plaintiff [ ] Defendant

[X] Appellant/Petitioner [ ] Appellee/Respondent

**MOVING ATTORNEY:** Aura Moody **OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Aura Moody, Pro Se
112-26 197 Street, St. Albans, NY 11412
347-248-5208; Quinonesmoody@aol.com

Court- Judge/ Agency appealed from: United States District Court for the Southern District of New York/Ronnie Abrams

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No

Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [X] No If yes, enter date:

**Signature of Moving Attorney:** Aura Moody **Date:** October 6, 2026 Service by: [X] CM/ECF [X] Other [Attach proof of service]

October 7, 2026

Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: Aura Moody vs. United States Equal Employment Opportunity Commission, et al
Docket #: 26-1997

Your Honor:

I am the pro se Plaintiff-Appellant in the above-entitled matter. I am writing this letter to the Court in support of my request for a 45-day extension of time to file Appellant's Brief and Appendix. I submitted the Form T-1080/Motion Information Statement on October 6, 2026.

Pursuant to a Court Order issued on September 4, 2026, Appellant's Brief and Appendix must be filed on or before October 21, 2026. Due to the complexity of this case and because of certain prior commitments that I cannot excuse myself from, I need more time beyond the 90-day period that is required to submit my Brief and Appendix. I am currently taking care of important family matters, and I will be out of town for several days. Wherefore, Appellant respectfully requests that this Court grant her motion in its entirety, along with such other and further relief as the Court deems just and equitable.

Please be advised that, prior to submitting this letter, on October 6, 2026, I contacted Counsel for Defendants-Appellees and the Case Manager, and I informed them about my intention to file a motion for an extension of time. In compliance with the Court's rules, I have mailed a courtesy copy of the Form T-1080/Motion Information Statement and this letter to Counsel for Defendants-Appellees at their designated office addresses.

Thank you for your kind attention and consideration to this matter.

Respectfully yours,

Aura Moody

Aura Moody
Appellant, Pro Se

Cc: Danielle Marryshow, Esq. (Danielle.marryshow@usdoj.gov)
Tahiri Sadrieh, Esq. (Tsadrieh@law.nyc.gov)
Christopher Lewis, Esq. (Christopher.lewis@nysut.org)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Aura Moody
v.
United States Equal Employment Opportunity Commission, et al

**CERTIFICATE OF SERVICE***

Docket Number: 26-1997

I, Aura Moody (print name), hereby certify under penalty of perjury that on October 6, 2026 (date), I served a copy of Motion Information Statement - Motion for an extension of time to file Appellant's Brief (list all documents)

by (select all applicable)**

___ Personal Delivery  X United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Danielle.Maryshow@usdoj.gov Danielle Maryshow | 86 Chambers Street | New York | NY | 10007 |
| Tsadrieh@law.nyc.gov Tahir Sadrieh | 100 Church Street | New York | NY | 10007 |
| ChristopherLewis@nysut.org Christopher Lewis | 120 Broadway, Suite 1360 | New York | NY | 10271 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

October 6, 2026
Today's Date

Aura Moody
Signature